# CERTIFICATION

I, Jeffrey Dana, City Solicitor for the City of Providence, Rhode Island ("Providence"), hereby certify as follows:

1. I am authorized to make a certification on behalf of Providence.

2. I have reviewed a complaint prepared against Centrais Elétricas Brasileiras S.A. – Eletrobras ("Eletrobras") alleging violations of the securities laws and authorize the filing of the complaint.

3. Providence did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. Providence is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary. Providence fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

5. Providence's transactions in Eletrobras American Depository Receipts ("ADRs"), during the proposed class period, are set forth in Schedule, attached hereto.

6. Providence sought to serve and serves or served as a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*The City of Providence v. Aeropostale, Inc.*, No. 11-cv-7132 (S.D.N.Y.)
*Weston v RCS Capital Corp.*, No. 14-cv-10136 (S.D.N.Y.)
*City of Providence, Rhode Island v. Bats Global Markets, Inc.*, No. 1:14-cv-2811 (S.D.N.Y.)
*City of Providence v. Petróleo Brasileiro SA - Petrobras*, No. 1:14-cv-10117 (S.D.N.Y.)

7. Providence will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

8. I declare under penalty of perjury that the foregoing is true and correct, executed on this ___ day of August, 2015.

Jeffrey Dana
*City Solicitor, City of Providence, Rhode Island*

## SCHEDULE

### Providence's Transactions in Eletrobras ADRs
### Period: August 17, 2010 – June 24, 2015

| Transaction Type | Trade Date | Shares | Price |
| --- | --- | --- | --- |
| BUY | 5/8/2012 | 23,300 | $ 8.2408 |
| BUY | 8/2/2012 | 30,400 | $ 6.7432 |
| SELL | 11/16/2012 | 18,700 | $ 4.4646 |
| BUY | 2/28/2014 | 65,474 | $ 2.1663 |
| SELL | 4/1/2014 | 29,000 | $ 2.8898 |
| SELL | 5/8/2014 | 71,474 | $ 3.4084 |
| BUY | 9/15/2014 | 4,900 | $ 3.1396 |
| BUY | 10/27/2014 | 46,000 | $ 2.1650 |